

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

ANDREW LAMAR PITTS,

    Plaintiff,

v.

CREDIT ACCEPTANCE CORPORATION,

    Defendant(s).

Case: 2:25-cv-13381
Assigned To : Hood, Denise Page
Referral Judge: Grand, David R.
Assign. Date : 10/23/2025
Description: CMP Pitts v. Credit
Acceptance Corporation (jo)

Civil Action No.: _____

Hon. _____

## COMPLAINT

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1367 (supplemental jurisdiction over related state-law claims).

2. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in this District, and the Defendant regularly conducts business here.

### II. PARTIES

3. Plaintiff, [Name], is a natural person residing in [City, State].

4. Defendant, [Company Name], is a corporation authorized to do business in the State of Michigan.

### III. FACTUAL BACKGROUND

5. Plaintiff entered into a Retail Installment Contract for the purchase of a vehicle on or about [Date].

6. Defendant financed the purchase and retained a security interest in the vehicle.

7. Plaintiff alleges that Defendant improperly refused lawful prepayment, misapplied payments, or threatened repossession contrary to the terms of the contract and applicable federal law.

8. Plaintiff has suffered financial and emotional harm as a result of Defendant's actions.

## IV. CAUSES OF ACTION

Count I — Breach of Contract

(Under State Common Law and UCC § 2-609, § 9-609)

9. Plaintiff incorporates paragraphs 1–8 by reference.

10. Defendant's refusal to accept lawful tender of prepayment and initiation of repossession proceedings constitute a breach of the retail installment contract.

Count II — Violation of the Truth in Lending Act (15 U.S.C. § 1601 et seq.)

11. Defendant failed to properly credit payments and failed to disclose material information concerning the finance charge and payment applications as required by TILA.

Count III — Violation of the Fair Credit Reporting Act (15 U.S.C. § 1681s-2)

12. Defendant reported inaccurate information to credit bureaus after receiving notice of dispute.

## V. PRAYER FOR RELIEF

Plaintiff requests the Court to:

A. Declare that Defendant's conduct violated the above statutes;

B. Order injunctive relief preventing repossession or adverse credit reporting;

C. Award actual, statutory, and punitive damages;

D. Award costs, interest, and reasonable attorney's fees under applicable statutes; and

E. Grant any other relief the Court deems just and proper.

## VI. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues triable by jury.

Respectfully submitted,

ANDREW LAMAR PITTS

18675 Joann Detroit M, 48205

313-828-4796

Andrew.pitts@live.focushope.edu

Date: 10-23-2025

NOTICE OF DISHONOR AND BAD FAITH REJECTION OF TENDER

To: Credit Acceptance Corporation

From: ANDREW LAMAR PITTS

Date: 9/08/2025

Account/Contract Number: 120687337

Dear Credit Acceptance

1. On 7/12/2025, I tendered lawful payment in the form of prepayment check in the amount of $14,966.96, intended as performance under the Retail Installment Contract dated 7/03/2025.

2. Said tender was refused by you, without lawful justification, thereby constituting dishonor under Uniform Commercial Code §§ 3-603 and 3-501.

3. This refusal frustrates my ability to perform under the contract and operates as a breach of the duty of good faith and fair dealing (UCC § 1-304).

4. Notice is hereby given that I consider my tender effective, and I reserve all rights and remedies under the contract, the UCC, and equity.

5. Any further attempt at repossession, negative credit reporting, or declaration of default while tender of payment remains dishonored will be treated as a wrongful act, and I reserve the right to seek equitable relief, arbitration, and damages.

Respectfully,

_____

:Pitts, Andrew-Lamar:

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement th provided by local rules of court. This form, approved by the Judicial Conference of the United Sta purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Case: 2:25-cv-13381
Assigned To : Hood, Denise Page
Referral Judge: Grand, David R.
Assign. Date : 10/23/2025
Description: CMP Pitts v. Credit Acceptance Corporation (jo)

## I. (a) PLAINTIFFS
Andrew Lamar Pitts

DEFENDANTS
CREDIT ACCEPTANCE CORPORATION,

**(b)** County of Residence of First Listed Plaintiff  Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
18675 Joann Detroit,Mi. 48205
313-828-4796

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [x] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | | [ ] 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1331,1332, 15 U.S.C. 1601, 15 U.S.C. 1681, 42 U.S.C. 1983

Brief description of cause:
Breach of retail installment contract and bad-faith refusal to accept prepayment check; attempted wrongful repossession.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
300,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE
10-21-2025

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____