MIE 240A (Rev.12/22) Order on Application to Proceed Without Prepaying Fees or Costs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Andrew Lamar Pitts,

Plaintiff(s),                                          Case No.  25-13381

v.

Credit Acceptance Corporation,                        Hon.  Denise Page Hood

Defendant(s).

_____/

### ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:**  The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ **GRANTED:**
The clerk is ordered to issue summons.  The attorney for the plaintiff(s), in accordance with Local Rule 4.1(c), is ordered to serve the summons with a copy of the complaint on each defendant.

☐ **GRANTED:**
The clerk has already electronically notified the parties of the commencement of the action pursuant to Federal Rules of Civil Procedures Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g).

☑ **GRANTED:**
The clerk is ordered to issue summons upon receipt of the completed summons and USM-285 form for each defendant. The United States Marshal is ordered to serve the completed summons with a copy of the complaint on the defendant(s). The United States will advance the costs of service.  If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed.

☐ **GRANTED:**
The clerk is ordered to issue summons upon receipt of the completed summons forms for each defendant.  The plaintiff, having waived service by the United States Marshal, is ordered to serve the summons with a copy of the complaint on the defendant(s).  If the completed summons are not submitted as directed, the complaint may be dismissed.

☐ **DENIED:**
This application is denied for these reasons:

As a result of the denial, the plaintiff is directed to pay the filing fee by _____.
Failure to pay the filing fee by this deadline may result in dismissal of the complaint.

**IT IS SO ORDERED.**

s/Denise Page Hood
Denise Page Hood
U.S. District Judge

MIE 240A (Rev.04/18) Order on Application to Proceed Without Prepaying Fees or Costs

## **Certificate of Service**

     I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


Date: November 7, 2025                               s/LaShawn Saulsberry
                                                                  Deputy Clerk